UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br>Plaintiff,<br>v.<br>PEREZ BROTHERS, et al.,<br>Defendants. | No. 2:26-cv-00631-DC-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 6, 7, 9, 15) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2026, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 15.) To date, Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

[1] On March 12, 2026, Plaintiff's request to join all civil actions was filed. (Doc. No. 18.) However, this filing was signed before the findings and recommendations issued. (*Id.* at 3.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 10, 2026 (Doc. No. 15) are ADOPTED in full;
2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 6) is DENIED;
3. Plaintiff's motions (Doc. Nos. 7, 9) are DENIED without prejudice;
4. Plaintiff is ordered to pay the filing fee in full prior to proceeding any further with this action in light of his status as a three-strikes litigant within the meaning of 28 U.S.C. Section 1915(g). Such payment must be made within twenty-one days. Plaintiff's failure to comply with this order will result in this action being dismissed; and
5. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge