UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

PEREZ BROTHERS, et al.,

Defendants.

No. 2:26-cv-0631 DC CSK P

FINDINGS AND RECOMMENDATIONS

By an order filed July 29, 2026, plaintiff was ordered to pay, within 21 days, the court's filing fee in full prior to proceeding any further with this action in light of his status as a three-strikes litigant within the meaning of 28 U.S.C. Section 1915(g), and was cautioned that failure to do so would result in this action being dismissed. (ECF No. 20 at 2.) That time period has now expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the Court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 27, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cald0631.fpf