UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

PEREZ BROTHERS, et al.,

Defendants.

No. 2:26-cv-0631 DC CSK P

ORDER

On August 27, 2026, the Court recommended that this case be dismissed based on plaintiff's failure to comply with the Court's July 29, 2026 order (ECF No. 20). (ECF No. 21.) Plaintiff did not file objections, and the findings and recommendations are pending review by the district court.

On November 20, 2026, plaintiff filed a request to transfer him to Mexico. (ECF No. 22.) Plaintiff captioned the filing with 8 different case numbers, including this one. (Id. at 1.) The Court has recommended that this action be dismissed based on plaintiff's failure to comply with the Court's last order. Plaintiff has not complied with the July 29, 2026 order, and this action cannot proceed until plaintiff complies with that order. Therefore, plaintiff's motion was improvidently filed in this action and is denied without prejudice. Such denial will not prejudice plaintiff inasmuch as he is pursuing the motion in his other cases. Plaintiff should refrain from

filing additional motions in this action unless and until he complies with this Court's prior order (ECF No. 20).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 22) is denied without prejudice.

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cald0631.mot.tf.den